UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADAM DAVIS, JR.     CIVIL ACTION

VERSUS

ALLEN RENE FREDERICK, LLC     NO.: 18-CV-00605-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 13)** pursuant to 28 U.S.C. § 1915(e). The Report and Recommendation addresses Plaintiff's Complaint (Doc. 1). The Magistrate Judge considered whether Plaintiff has established that this Court has proper jurisdiction over his claims. The Magistrate Judge recommended that the Complaint be DISMISSED WITHOUT PREJUDICE, as Plaintiff has not shown that this Court has jurisdiction over this matter. (Doc. 13 at p. 7).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 13 at p. 1). Neither party objected. Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 33)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff's **Complaint (Doc. 1)** is **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 20th day of May, 2019.

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**